IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

**PRECIOUS SHAVON SCOTT,**

    **Plaintiff,**

v.                                                            Civil Action No.: 5:18-CV-158
                                                                           JUDGE STAMP

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## REPORT AND RECOMMENDATION

This matter is before the undersigned pursuant to a pending Motion to Remand filed on September 20, 2018. (ECF No. 7). On September 20, 2018, Plaintiff filed a Complaint for the review of a decision of the Commissioner of Social Security. (ECF No. 1). On that same day, Plaintiff also filed a Motion for Remand seeking various relief including, the production of Medical Records, the removal of an outstanding balance to the Social Security Administration, the reimbursement for the alleged overpayment of funds, and the reimbursement to Plaintiff for an amount owed after the alleged wrongful determination that Plaintiff was not disabled. (ECF No. 7, at 2). On November 20, 2018, Defendant filed its Answer and Record for the Court's consideration. (ECF Nos. 14, 15).

On January 17, 2019, Plaintiff filed a Motion to Amend Complaint (ECF No. 26) and Plaintiff's Memorandum in Support of Motion to Amend her Motion to Remand (ECF No. 26-1). In the Motion to Amend, Plaintiff sought relief that is duplicative of the relief sought in the original and still pending Motion to Remand. Id. On February 12, 2019, U.S. Senior District Judge Frederick Stamp entered a Memorandum and Order Denying Plaintiff's Motion to Amend

Complaint and presented his reasoning for the denial of the Motion to Amend the Complaint, stating that the relief sought by Defendant was not relief that was available to Plaintiff under the statute. (ECF No. 34).

The undersigned finds that the damages requested in the original Motion to Remand (ECF No. 7) are duplicative of the damages requested in the Motion to Amend Complaint (ECF No. 26), on which Senior District Judge Stamp has already ruled. Accordingly, the undersigned **RECOMMENDS** that the Motion to Remand be **DENIED** for the reasoning presented in this Report and Recommendation and for the reasons contained in Senior District Judge Stamp's Order and Memorandum. (ECF No. 34).

Any party may, within fourteen (14) days after being served with a copy of this Report and Recommendation file with the Clerk of the Court written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection. A copy of such objections should also be submitted to the Honorable Thomas Johnston, United States District Judge. Failure to timely file objections to the Report and Recommendation set forth above will result in waiver of the right to appeal from a judgment of this Court based upon such Report and Recommendation. 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk is DIRECTED to provide copies of this Report and Recommendation to all counsel of record and to all parties appearing pro se by Certified Mail.

Date: February 20, 2019

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE