FILED

AUG 20 2019

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

PRECIOUS SHAVON SCOTT )
    *Plaintiff* )
COMMISSIONER OF SOCIAL SECURITY ) Civil Action No. 5:18-CV-158
     )
    *Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other: that the Magistrate Judge's Report and Recommendation is AFFIRMED and ADOPTED; that Plaintiff's motion for Summary Judgment is DENIED; that Defendant's Motion for Summary Judgment is GRANTED; that the Commissioner's decision is AFFIRMED; and that this civil action is DISMISSED WITH PREJUDICE and STRICKEN from the active docket of this Court; and it is further ORDERED that the parties have waived the right to seek appellate review of this matter..

This action was *(check one)*:

☒ decided by Judge    FREDERICK P. STAMP, JR.

Date: 08/20/2019

**Cheryl Dean Riley**
*CLERK OF COURT*

S. O. Abraham, Deputy Clerk

*Signature of Clerk or Deputy Clerk*